# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

_____

| | |
|---|---|
| LAWRENCE CHRISTOPHER REDDING, | Civil No. 17-2740 (JRT/TNL) |
| Plaintiff, | |
| | **ORDER ADOPTING REPORT** |
| v. | **AND RECOMMENDATION** |
| PAUL THOMPSON, | |
| Defendant. | |

_____

Lawrence Christopher Redding, #05489-041, FCI Pekin, PO Box 5000, Pekin, IL 61555, *pro se* plaintiff.

David Michael Maria, **DOJ-USAO,** 300 South Fourth Street, Suite 600, Minneapolis, MN 55415, for defendant.

Based upon the Report and Recommendation by United States Magistrate Judge Tony N. Leung dated January 23, 2018 (Docket No. 23), along with all the files and records, and no objections to said Recommendation having been filed, **IT IS HEREBY ORDERED** that:

1.   The Government's Motion to Dismiss or Transfer (Docket No. 18) is **GRANTED IN PART.**

2.   The Clerk of Court is directed to **TRANSFER** this matter back to the United States District Court for the Central District of Illinois.

**LET JUDGMENT BE ENTERED ACCORDINGLY.**

Dated:  February 13, 2018             s/John R. Tunheim
at Minneapolis, Minnesota           JOHN R. TUNHEIM
                                    Chief Judge
                                    United States District Court